AO 10
Rev. 1/2018

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| DIEHL, MARY GRACE | UNITED STATES BANKRUPTCY COURT | 04/28/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| BANKRUPTCY JUDGE | ☐ Nomination Date <br> ☐ Initial ☑ Annual ☐ Final <br> 5b. ☐ Amended Report | 01/01/2017 <br> to <br> 12/31/2017 |

**7. Chambers or Office Address**

1215 UNITED STATES COURTHOUSE
75 TED TURNER DRIVE, S.W.
ATLANTA, GA 30303

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust #1 |
| 2. | Member, Board of Directors | American Bankruptcy Institute |
| 3. | Member, Board of Trustees | Turnaround Managment Association |
| 4. | Member, Board of Directors | International Women In Restructuring Confederation |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | Ongoing | Contract with LexisNexis/Collier to edit book on Professional Compensation in Bankruptcy Cases |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DIEHL, MARY GRACE | 04/28/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. 2017 | Lexis/Nexis Royalties | $2,623.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2017 | Graduate Fellowship Georgia State University |
| 2. 2017 | Self Employed Attorney |
| 3. 2017 | Book Royalties from University of Illinois Press |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | National Conference of Bankruptcy Judges | October 6-11, 2017 | Las Vegas, NV | Judges Conference | Reimbursement of Travel and Hotel |
| 2. | American College of Bankruptcy | March 9-11, 2017 | Washingon, DC | Professional Meeting | Partial Reimbursementof Travel and Hotel |
| 3. | American Bankruptcy Institute | April 20-23, 2017 | Washington, DC | Educational Seminar Speaker | Reimbursement of Travel and Hotel |
| 4. | National Assn of Bankruptcy Trustees | March 1-3, 2017 | San Juan, PR | Speaker at Educational Seminar | Reimbursement of Travel and Hotel |
| 5. | Turnaround Management Assn | October 22-25, 2017 | Ft. Worth, TX | Board of Directors Meeting | Reimbursement of Travel and Hotel |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | **DIEHL, MARY GRACE** | 04/28/2018 |

| | | | | |
|---|---|---|---|---|
| 6. | American Bankruptcy Institute | November 29-December 3, 2017 | Palm Springs, CA | Speaker at Educational Seminar | Reimbursement of Travel and Hotel |
| 7. | National Association of Bankruptcy Trustees | September 14-16, 2017 | New Orleans, LA | Speaker at Educational Seminar | Reimbursement of Travel and Hotel |
| 8. | American Bankruptcy Institute | July 27-30, 2017 | Hilton Head, SC | Speaker at Educational Seminar | Reimbursement of Travel and Hotel |
| 9. | American Bankruptcy Institute | October 16-17, 2017 | Washington, DC | Speaker at Educational Seminar | Reimbursement of Travel and Hotel |
| 10. | Alabama Bar Bankruptcy Section | June 1-4, 2017 | Sandestin, FL | Speaker at Educational Seminar | Reimbursement of Travel and Hotel |
| 11. | University of Miami Law School | February 17-19, 2017 | Miami, FL | Judge Moot Court Competition | Reimbursement of Travel and Hotel |
| 12. | South Florida Bankruptcy Bar Association | May 11-14, 2017 | Bonita Springs, FL | Speaker at Educational Seminar | Reimbursement of Travel and Hotel |

| Name of Person Reporting | Date of Report |
|---|---|
| **DIEHL, MARY GRACE** | 04/28/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DIEHL, MARY GRACE | 04/28/2018 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank of America Accounts | A | Interest | M | T | | | | | |
| 2. Wells Fargo Bank Account | | None | J | T | | | | | |
| 3. Emory Credit Union | | None | J | T | | | | | |
| 4. Mass Mutual Life Insurance Policy#1(traditional whole life) | C | Dividend | M | T | | | | | |
| 5. Mass Mutual Insurance Policy #2(traditional whole life) | C | Dividend | M | T | | | | | |
| 6. Prudential Insurance Policy (traditional whole life) | A | Interest | K | T | | | | | |
| 7. Brokerage Account #1 (-13012) | | | | | | | | | |
| 8. --Bank Deposit Account- FIA Card services | A | Interest | K | T | | | | | |
| 9. -Bank of America (formerly ML Bank) | A | Interest | J | T | | | | | |
| 10. --Eaton Vance Large Cap Value Fund Class A | B | Distribution | K | T | Sold (part) | 04/25/17 | K | A | |
| 11. | | | | | Buy (add'l) | 07/11/17 | J | | |
| 12. | | | | | Sold (part) | 02/15/17 | L | A | |
| 13. --Dreyfus Appreciation Fd | D | Distribution | K | T | Sold (part) | 04/25/17 | M | A | |
| 14. | | | | | Buy (add'l) | 01/31/17 | J | | |
| 15. | | | | | Sold (part) | 07/10/17 | J | A | |
| 16. --Allianzgi NFJ Dividend Value Fund CL P | D | Dividend | K | T | Sold (part) | 02/15/17 | J | A | |
| 17. | | | | | Buy (add'l) | 07/11/17 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| DIEHL, MARY GRACE | 04/28/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Buy (add'l) | 01/31/17 | J | | |
| 19. | | | | | Sold (part) | 04/25/17 | L | A | |
| 20. --Eaton Vance Atlanta Capital SMID Cap Fd CL1 | A | Distribution | K | T | Sold (part) | 02/15/17 | J | A | |
| 21. | | | | | Buy (add'l) | 01/31/17 | J | | |
| 22. | | | | | Sold (part) | 04/25/17 | K | C | |
| 23. | | | | | Sold (part) | 07/10/17 | J | A | |
| 24. --Mainstay Large Cap Growth Fund CL 1 | D | Distribution | K | T | Sold (part) | 04/25/17 | L | A | |
| 25. | | | | | Buy (add'l) | 01/31/17 | J | | |
| 26. | | | | | Sold (part) | 02/15/17 | J | A | |
| 27. | | | | | Sold (part) | 07/10/17 | J | A | |
| 28. --Mainstay Epoch Global Equity Yield Fund Cl 1 | D | Distribution | L | T | Sold (part) | 04/25/17 | M | A | |
| 29. | | | | | Buy (add'l) | 07/11/17 | J | | |
| 30. | | | | | Buy (add'l) | 01/31/17 | J | | |
| 31. --MFS Research International Fd CL1 | A | Dividend | L | T | Sold (part) | 04/25/17 | M | A | |
| 32. | | | | | Buy (add'l) | 01/31/17 | J | | |
| 33. | | | | | Sold (part) | 07/10/17 | J | A | |
| 34. --Prudential Jennison Small COmpany Fd Inc Z | B | Distribution | K | T | Sold (part) | 02/15/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| DIEHL, MARY GRACE | 04/28/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy (add'l) | 07/11/17 | J | | |
| 36. | | | | | Sold (part) | 04/25/17 | K | A | |
| 37. Brokerage Acct #2 (-13017) | | | | | | | | | |
| 38. --Georgia St Rd & Twy Auth Rev | B | Interest | K | T | | | | | |
| 39. --University Houston Tex | A | Interest | | | Sold | 10/16/17 | K | A | |
| 40. --Dekalb Private Hosp Auth | A | Interest | | | Sold | 08/02/17 | K | B | |
| 41. --Columbia Co Ga Wtr & Sew | A | Interest | J | T | | | | | |
| 42. --Athens-Clarke Cnty GA Uni Govt Auth Rev | B | Interest | K | T | | | | | |
| 43. --Athens Clarke County GA UNI Govt Sales Tax:Jail | A | Interest | | | Sold | 12/15/17 | J | A | |
| 44. --Metro Atlanta RTA GA SLS TaxRV Third Series | | | | | Sold | 05/01/17 | K | C | |
| 45. --DeKalb Cnty Ga Wtr-Sew | B | Interest | K | T | | | | | |
| 46. Met Wash DC Arpts AT | A | Interest | K | T | | | | | |
| 47. West Virginia St Hosp Fin Auth Hosp Rev A | A | Interest | J | T | Buy | 12/20/17 | J | | |
| 48. Floyd Cnty Ga Hosp Auth | A | Interest | K | T | Buy | 05/02/17 | K | | |
| 49. Macon-Bibb Cnty Ga Sales Tax | A | Interest | K | T | Buy | 05/02/17 | K | | |
| 50. Miami-Dade Cnty Fla Bldg | A | Interest | K | T | Buy | 08/07/17 | K | | |
| 51. Cobb Cnty Ga Kennestone | A | Interest | J | T | Buy | 08/07/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Atlanta Ga Wtr & Wastewater Rev | A | Interest | K | T | Buy | 10/17/17 | K | | |
| 53. Forsyth Cnty Sch Dist Go Bos | A | Interest | J | T | Buy | 12/15/17 | J | | |
| 54. Brokerage Acct #3 (-12445) | | | | | | | | | |
| 55. SP500 ARN Issuer BAC/due 5/27/16 | | None | | | Redeemed | 05/26/17 | L | D | |
| 56. SP500ARN Issuer BARC/due 11/22/17 | | None | | | Redeemed | 11/22/17 | N | F | |
| 57. SX5EARN Issuer BAC/due 7/28/17 | | None | | | Redeemed | 07/28/17 | M | E | |
| 58. Sx5E ARN Issuer BAC/due 5/26/17 | | None | | | Redeemed | 08/25/17 | M | E | |
| 59. SX5E ARN Issuer BAC/due 11/22/17 | | None | N | T | Buy | 09/26/17 | N | | |
| 60. SP500 ARN ISSUER BOFA due 6/29/18 | | None | O | T | Buy | 05/04/17 | O | | |
| 61. SX5E ARN ISSUER BOFA due 6/29/18 CAP 23.75 | | None | L | T | Buy | 05/04/17 | L | | |
| 62. SX5E ARN ISSUER BOFA due 7/27/18 | | None | K | T | Buy | 06/02/17 | L | | |
| 63. SX5E ARN ISSUER BOFA due 9/28/18 | | None | M | T | Buy | 08/03/17 | M | | |
| 64. SP500 ARN ISSUER BARC due 10/26/18 | | None | L | T | Buy | 08/31/17 | L | | |
| 65. SX5E ARN ISSUER BOFA due 1/25/19 | | None | N | T | Buy | 11/29/17 | N | | |
| 66. SP500 ARN ISSUER BAC due 1/25/19 Cap 9.17 | | None | M | T | Buy | 11/29/17 | M | | |
| 67. | | | | | | | | | |
| 68. Investment Account #3 --13590 | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DIEHL, MARY GRACE | 04/28/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69.  Allianzgi NFJ Divident Value Fd | D | Dividend | K | T | Buy (add'l) | 02/01/17 | J | | |
| 70. | | | | | Buy (add'l) | 06/01/17 | J | | |
| 71. | | | | | Buy (add'l) | 04/05/17 | J | | |
| 72. | | | | | Buy (add'l) | 08/01/17 | J | | |
| 73. | | | | | Buy (add'l) | 10/05/17 | J | | |
| 74. | | | | | | | | | |
| 75.  Dreyfus Appreciation Fd | B | Dividend | K | T | Buy (add'l) | 02/01/17 | J | | |
| 76. | | | | | Buy (add'l) | 06/01/17 | J | | |
| 77. | | | | | Buy (add'l) | 04/05/17 | J | | |
| 78. | | | | | Buy (add'l) | 08/01/17 | J | | |
| 79. | | | | | Buy (add'l) | 10/05/17 | J | | |
| 80.  Eaton Vance Atlanta | A | Dividend | K | T | Buy (add'l) | 02/01/17 | J | | |
| 81. | | | | | Buy (add'l) | 06/01/17 | J | | |
| 82. | | | | | Buy (add'l) | 04/05/17 | J | | |
| 83. | | | | | Buy (add'l) | 08/01/17 | J | | |
| 84. | | | | | Buy (add'l) | 10/05/17 | J | | |
| 85. | | | | | Buy (add'l) | 11/07/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DIEHL, MARY GRACE | 04/28/2018 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Buy (add'l) | 12/21/17 | J | | |
| 87. Eaton Vance Large Cap Value Fund Cl i | B | Dividend | K | T | Buy (add'l) | 02/01/17 | J | | |
| 88. | | | | | Buy (add'l) | 06/01/17 | J | | |
| 89. | | | | | Buy (add'l) | 04/05/17 | J | | |
| 90. | | | | | Buy (add'l) | 08/01/17 | J | | |
| 91. | | | | | Buy (add'l) | 10/05/17 | J | | |
| 92. | | | | | Buy (add'l) | 12/21/17 | J | | |
| 93. Mainstay Large Cap Growth Fund | C | Dividend | K | T | Buy (add'l) | 02/01/17 | J | | |
| 94. | | | | | Buy (add'l) | 10/05/17 | J | | |
| 95. | | | | | Buy (add'l) | 04/05/17 | J | | |
| 96. | | | | | Buy (add'l) | 12/21/17 | J | | |
| 97. Mainstay Epoch Global Equity Yield Fund | B | Dividend | K | T | Buy (add'l) | 02/01/17 | J | | |
| 98. | | | | | Buy (add'l) | 06/01/17 | J | | |
| 99. | | | | | Buy (add'l) | 04/05/17 | J | | |
| 100. | | | | | Buy (add'l) | 08/01/17 | J | | |
| 101. | | | | | Buy (add'l) | 10/05/17 | J | | |
| 102. | | | | | Buy (add'l) | 11/07/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DIEHL, MARY GRACE | 04/28/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Buy (add'l) | 12/21/17 | J | | |
| 104. MFS Research International FD | A | Dividend | L | T | Buy (add'l) | 02/01/17 | J | | |
| 105. | | | | | Buy (add'l) | 10/05/17 | J | | |
| 106. | | | | | Buy (add'l) | 04/05/17 | J | | |
| 107. | | | | | Buy (add'l) | 11/07/17 | J | | |
| 108. | | | | | Buy (add'l) | 12/21/17 | J | | |
| 109. Prudential Jennison Small Company Fd | B | Dividend | K | T | Buy (add'l) | 02/01/17 | J | | |
| 110. | | | | | Buy (add'l) | 04/05/17 | J | | |
| 111. | | | | | Buy (add'l) | 06/01/17 | J | | |
| 112. | | | | | Buy (add'l) | 08/01/17 | J | | |
| 113. | | | | | Buy (add'l) | 11/07/17 | J | | |
| 114. | | | | | Buy (add'l) | 12/21/17 | J | | |
| 115. IRA #1 (-13022) | | | | | | | | | |
| 116. --ML Winton FuturesAccess LLC | | None | | | Sold | 03/24/17 | N | A | |
| 117. Prudential Jennison | B | Dividend | K | T | Buy | 05/05/17 | K | | |
| 118. Eaton Vance Atlanta | A | Dividend | K | T | Buy | 05/05/17 | K | | |
| 119. MFS Research | A | Dividend | L | T | Buy | 05/05/17 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DIEHL, MARY GRACE | 04/28/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Eaton Vance Large Cap | B | Dividend | K | T | Buy | 05/05/17 | K | | |
| 121. | | | | | Buy (add'l) | 07/13/17 | J | | |
| 122. Mainstay Large Cap | D | Dividend | K | T | Buy | 05/05/17 | K | | |
| 123. Mainstay Epoch Global | A | Dividend | L | T | Buy | 05/05/17 | K | | |
| 124. | | | | | Buy (add'l) | 07/13/17 | J | | |
| 125. Allianzgi NFJ Dividend | D | Dividend | K | T | Buy | 05/05/17 | K | | |
| 126. | | | | | Buy (add'l) | 07/13/17 | J | | |
| 127. Dreyfus Appreciation Fd | A | Dividend | K | T | Buy | 05/05/17 | K | | |
| 128. | | | | | | | | | |
| 129. IRA #2 (-12598) | | | | | | | | | |
| 130. Partners Group Private Equity (TEI) LLC | | None | M | T | | | | | |
| 131. IRA #3 (12601/14937) | | | | | | | | | |
| 132. -FIA Card Svcs (Formerly -ML Bank USA RASP) | A | Interest | M | T | | | | | |
| 133. --Eaton Vance Large Cap Value Fund Class A | C | Dividend | M | T | Buy (add'l) | 08/25/17 | J | | |
| 134. | | | | | Buy (add'l) | 05/03/17 | L | | |
| 135. --Dreyfus Appreciation Fd | C | Dividend | M | T | Sold (part) | 08/25/17 | J | | |
| 136. | | | | | Buy (add'l) | 05/03/17 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | DIEHL, MARY GRACE | 04/28/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Buy (add'l) | 02/01/17 | J | | |
| 138. --Allianzgi NFJ Dividend Value Fund CL P | C | Dividend | M | T | Buy (add'l) | 08/25/17 | J | | |
| 139. | | | | | Buy (add'l) | 05/02/17 | L | | |
| 140. --Eaton Vance Atlanta Capital SMID Cap FD Cl 1 | A | Dividend | L | T | Buy (add'l) | 08/25/17 | J | | |
| 141. | | | | | Buy (add'l) | 05/03/17 | K | | |
| 142. | | | | | Buy (add'l) | 02/01/17 | J | | |
| 143. --Mainstay Large Cap Growth Fund Cl 1 | A | Dividend | M | T | Sold (part) | 08/25/17 | J | | |
| 144. | | | | | Buy (add'l) | 05/03/17 | L | | |
| 145. | | | | | Buy (add'l) | 02/01/17 | J | | |
| 146. --Mainstay Epoch Global Equity Yield Fund Cl 1 | D | Dividend | N | T | Buy (add'l) | 08/25/17 | J | | |
| 147. | | | | | Buy (add'l) | 05/03/17 | L | | |
| 148. | | | | | Buy (add'l) | 02/01/17 | J | | |
| 149. MFS Research International Fd Cl 1 | C | Dividend | N | T | Sold (part) | 08/25/17 | J | | |
| 150. | | | | | Buy (add'l) | 05/03/17 | L | | |
| 151. | | | | | Buy (add'l) | 02/01/17 | J | | |
| 152. Prudential Jennison Small Company Fd Inc Z | A | Dividend | L | T | Buy (add'l) | 08/25/17 | J | | |
| 153. | | | | | Buy (add'l) | 05/02/17 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DIEHL, MARY GRACE | 04/28/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Partners Group Private Equity (TEI) LLC | | None | N | T | | | | | |
| 155. SP500 ARN Issuer BAC | | None | | | Buy | 02/25/17 | N | | |
| 156. | | | | | Sold | 04/28/17 | N | E | |
| 157. SEP #1 (-12599) | | | | | | | | | |
| 158. --FIA CArd Svcs (formerly ML Bank USA RASP) | A | Dividend | K | T | Buy (add'l) | 08/25/17 | J | | |
| 159. --Dreyfus Appreciation Fd | A | Dividend | K | T | Buy (add'l) | 08/25/17 | J | | |
| 160. | | | | | Buy (add'l) | 02/01/17 | J | | |
| 161. Allianzgi NJF Dividend Value Fund CL P | A | Dividend | K | T | Buy (add'l) | 08/25/17 | J | | |
| 162. Eaton Vance Atlanta Capital SMID Cap Fd CL1 | A | Dividend | K | T | Buy (add'l) | 08/25/17 | J | | |
| 163. | | | | | Buy (add'l) | 02/01/17 | J | | |
| 164. Mainstay Large Cap Growth Fund Cl 1 | A | Dividend | K | T | Sold (part) | 08/25/17 | J | | |
| 165. | | | | | Buy (add'l) | 02/01/17 | J | | |
| 166. Mainstay Epoch Global Equity Yield Fund Cl 1 | B | Dividend | L | T | Buy (add'l) | 08/25/17 | J | | |
| 167. | | | | | Buy (add'l) | 02/01/17 | J | | |
| 168. MFS Research International Fund Cl 1 | A | Dividend | L | T | Sold (part) | 08/25/17 | J | A | |
| 169. | | | | | Buy (add'l) | 02/01/17 | J | | |
| 170. Prudential Jennison Small Company Fd Inc Z | A | Dividend | K | T | Buy (add'l) | 08/25/17 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DIEHL, MARY GRACE | 04/28/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. SEP #2 (-12600) | | | | | | | | | |
| 172. Bank of America NA RASP (Cash Acct) | A | Interest | J | T | | | | | |
| 173. --Eaton Vance Large Cap Value Fund Class A | A | Dividend | J | T | Buy (add'l) | 12/21/17 | J | | |
| 174. | | | | | Buy (add'l) | 08/25/17 | J | | |
| 175. --Dreyfus Appreciation Fd | A | Dividend | J | T | Buy (add'l) | 08/25/17 | J | | |
| 176. | | | | | Buy (add'l) | 02/01/17 | J | | |
| 177. Allianzgi NFJ Divident Value Fund Cl P | A | Dividend | J | T | Buy (add'l) | 08/25/17 | J | | |
| 178. Eaton Vance Atlanta Capital SMID Cap Fd Cl1 | A | Dividend | J | T | Buy (add'l) | 02/01/17 | J | | |
| 179. Mainstay Large Cap Growth Fund Cl 1 | A | Dividend | J | T | Buy (add'l) | 12/21/17 | J | | |
| 180. | | | | | Sold (part) | 08/25/17 | J | A | |
| 181. | | | | | Buy (add'l) | 02/01/17 | J | | |
| 182. Mainstay Epoch Global Equity Yield Fund Cl 1 | A | Dividend | J | T | Buy (add'l) | 12/21/17 | J | | |
| 183. | | | | | Buy (add'l) | 08/25/17 | J | | |
| 184. | | | | | Buy (add'l) | 02/01/17 | J | | |
| 185. MFS Research International Fund Cl1 | A | Dividend | J | T | Buy (add'l) | 12/21/17 | J | | |
| 186. | | | | | Sold (part) | 08/25/17 | J | A | |
| 187. | | | | | Buy (add'l) | 02/01/17 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DIEHL, MARY GRACE | 04/28/2018 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. Prudential Jennison Small Company Fund Inc Z | A | Dividend | J | T | Buy (add'l) | 12/21/17 | J | | |
| 189. | | | | | Buy (add'l) | 08/25/17 | J | | |
| 190. 401(k) Plan (-05031) | | | | | | | | | |
| 191. SX5E ARN ISSUER BAC/due 6/30/17 | | None | | | Redeemed | 05/01/17 | K | C | |
| 192. SX5E ARN Issuer BAC/Due 3/17/17 | | None | | | Redeemed | 03/31/17 | K | C | |
| 193. Prudential Jennison | A | Dividend | J | T | Buy | 05/08/17 | J | | |
| 194. Eaton Vance Atlanta | A | Dividend | J | T | Buy | 05/08/17 | J | | |
| 195. MFS Research | A | Dividend | J | T | Buy | 05/08/17 | J | | |
| 196. Eaton Vance Large Cap | A | Dividend | J | T | Buy | 05/08/17 | J | | |
| 197. Mainstay Large Cap | A | Dividend | J | T | Buy | 05/08/17 | J | | |
| 198. Mainstay Epoch Global | A | Dividend | J | T | Buy | 05/08/17 | J | | |
| 199. Allianzgi NFJ Dividend | A | Dividend | J | T | Buy | 05/08/17 | J | | |
| 200. Dreyfus Appreciation Fd | A | Dividend | J | T | Buy | 05/08/17 | J | | |
| 201. MJ Defined Benefit Plan (-05030) | | | | | | | | | |
| 202. SX5E ARN Issuer BAC/due 6/30/17 | | None | | | Redeemed | 06/30/17 | N | F | |
| 203. Prudential Jennison | A | Dividend | K | T | Buy | 07/31/17 | K | | |
| 204. Eaton Vance Atlanta | B | Dividend | K | T | Buy | 07/31/17 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 205. MFS Reasearch | A | Dividend | L | T | Buy | 07/31/17 | L | | |
| 206. Eaton Vance Large Cap | B | Dividend | K | T | Buy | 07/31/17 | K | | |
| 207. Mainstay Large CAP | A | Dividend | K | T | Buy | 07/31/17 | K | | |
| 208. Mainstay Epoch Global | B | Dividend | L | T | Buy | 07/31/17 | L | | |
| 209. Allianzgi NFJ Dividend | A | Dividend | K | T | Buy | 07/31/17 | K | | |
| 210. Dreyfus Appreciation Fd | A | Dividend | K | T | Buy | 07/31/17 | K | | |
| 211. BIF Money Fund | E | Interest | K | T | Open | 02/01/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| DIEHL, MARY GRACE | 04/28/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Trust #1 is a charitable trust and is not reportable because it was not created by me, my spouse or a dependent child and no income is received by me, my spouse or a dependent child. Neither do any of these persons have a beneficial interest in the trust. This infomration was previously reported but is no longer necessary.

| Name of Person Reporting | Date of Report |
|---|---|
| DIEHL, MARY GRACE | 04/28/2018 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ MARY GRACE DIEHL**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544